IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| CHARLES GRAY PAYNE, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) 1:09CV719 |
| | ) |
| ALVIN W. KELLER, JR., | ) |
| | ) |
| | ) |
| Respondent(s). | ) |

## ORDER TO FILE AND REQUIRING ANSWER FROM RESPONDENT

Petitioner, a prisoner of the State of North Carolina, previously submitted a petition under 28 U.S.C. § 2254 for writ of habeas corpus by a person in state custody, but did not submit the filing fee or a request to proceed *in forma pauperis*. This action was stayed to allow him time to do one or the other. Petitioner has now submitted an *in forma pauperis* request. In reliance upon the representations set forth in the request, it appears that Petitioner is unable to pay the $5.00 filing fee for this action.

**IT IS THEREFORE ORDERED** that Petitioner's request to proceed *in forma pauperis* is granted. Respondents shall file an answer with this Court, pursuant to Rules 4 and 5, Rules Governing Section 2254 Cases, within 40 days of the issue of this Order.

/s/ Donald P. Dietrich
**Donald P. Dietrich, U.S. Magistrate Judge**

October 13, 2009